UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHILLIP L. COCHRAN,<br>P.O. Box 7341<br>Abilene, TX 79608,<br><br>      Plaintiff,<br><br>v.<br><br>ALBERTO GONZALES,<br>Attorney General, U.S. Department of Justice,<br>950 Pennsylvania Ave., NW,<br>Washington, DC 20530,<br><br>      Defendant. | Civil Action No.: 06-1069-PLF |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Alan Burch as counsel for Defendant in the above-captioned case.

                                      /s/
                               ALAN BURCH, D.C. Bar # 470655
                               Assistant United States Attorney
                               555 4th St., N.W.
                               Washington, D.C. 20530
                               (202) 514-7204
                               alan.burch@usdoj.gov