UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| Phillip L. Cochran | )<br>)<br>)   No. 1:06CV01069<br>)<br>v.   )<br>)<br>)<br>Alberto Gonzales, U.S. Attorney General   ) |

DECLARATION OF SUZANNE SMITH

I, Suzanne D. Smith, base this declaration on my personal knowledge and belief and hereby declare under penalty of perjury as follows:

1. I am the Assistant Director, Human Resources Division, United States Marshals Service (USMS). I have held this position since July 1996, and have been employed by the USMS since July 1991. I am responsible for the management of the Human Resources Division, USMS.

2. Throughout my tenure at the USMS, its headquarters has been located in Arlington, Virginia.

3. I have read the Complaint filed by Phillip L. Cochran in the United States District Court for the District of Columbia, Civil Action Number 1:06CV01069. The USMS headquarters has been located in the Arlington, Virginia during the time period in which all of the events took place.

4. The USMS, Employee Relations Branch, Health and Safety Branch, and the Retirement and Benefits Branch, or their successor organizations are located within the USMS headquarters in Arlington, Virginia.

5. Eduardo Gonzalez, Joseph Moy, Thomas Mulhern, Richard Kelly, and Shirley Rice were employed at USMS headquarters during the time period relevant to the issues in this action. None of these individuals is presently employed by the USMS.

6. Phillip L. Cochran was employed as a Deputy United States Marshal in the United States Marshal's Office, Northern District of Texas, Lubbock sub-office. Personnel actions involving the allegations raised by Phillip L. Cochran in his Complaint occurred at USMS headquarters in Arlington, Virginia.

7. Functions of USMS headquarters in Arlington, Virginia, include the USMS personnel office, where personnel actions and decisions are made and where personnel records are maintained. When an employee leaves the agency and is not employed by another government agency, the USMS forwards the employee's personnel records to the National Archives and Records Administration in St. Louis, Missouri.

8. The USMS, Office of General Counsel, whose attorneys represent the USMS in judicial and administrative employment litigation, and where employment litigation records are maintained, is also located at USMS headquarters in Arlington, Virginia.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that I have read this Declaration and that the same is true and correct.

Executed 9-25-06

Suzanne D. Smith
Assistant Director for Human Resources
United States Marshals Service