IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PHILLIP L. COCHRAN**       ) | |
| ) | |
| Plaintiff,       ) | |
| ) | |
| v.       ) | Case No. 06-1069(PLF) |
| ) | |
| **ALBERTO GONZALES**       ) | |
| ) | |
| Defendant.       ) | |
| _____) | |

**PLAINTIFF COCHRAN'S RESPONSE TO DEFENDANT GONZALES'S
MOTION TO DISMISS OR IN THE ALTERNATIVE TO TRANSFER**

COMES NOW Plaintiff Phillip L. Cochran, by and through counsel, and hereby files this Response to Defendant's Motion to Dismiss or, in the Alternative, to Transfer. Plaintiff respectfully requests that this Court denies Defendant's Motion to Dismiss and, instead, transfers this case to the Eastern District of Virginia.

Plaintiff filed his case in this Court based on the good-faith belief that certain of the agency decisions critical to his case were made in the District of Columbia sufficient to support venue. Specifically, based on information and belief, Plaintiff understood that decisions were made in the United States Marshals Service ("USMS") General Counsel's Office which is located in the District of Columbia. See Complaint ¶ 25. Nevertheless, Plaintiff concedes that numerous decisions important to his case were made in the jurisdiction of the Eastern District of Virginia and that the Eastern District of Virginia might be a more appropriate venue for his case.

It is not in the interest of justice to dismiss this case. While Plaintiff timely filed his complaint in this Court, he would not be timely if he were forced to file his case after a dismissal

by this Court.  Plaintiff would be subject to the risk that the court in which he refiles might find his claim untimely and dismiss his claim with prejudice.  The penalty of potentially losing his ability to pursue his claim is disproportionately severe compared to his good-faith, albeit perhaps technically inappropriate, filing in this Court.

Accordingly, Plaintiff respectfully requests that this Court deny Defendant's Motion to Dismiss and grant Defendant's Motion to Transfer Venue to the Eastern District of Virginia.

Respectfully Submitted,


/s/
_____
Leslie Deak [PA0009]
Law Offices of Leslie Deak
1200 G Street, N.W.
Suite 800, No. 099
Washington, D.C.  20005
Tel.:   (512) 322-3911
Fax:   (512) 322-3910

ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that I have served the attached document on the parties listed below via electronic filing on this date, the 19th of October, 2006.

Alan Burch
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C.  20530
alan.burch@usdoj.gov

/s/
_____
Leslie Deak