## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **PHILLIP L. COCHRAN** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 06-1069(PLF) |
| | ) | |
| **ALBERTO GONZALES** | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## <u>ORDER</u>

WHEREFORE, upon consideration of Defendant's Motion to Dismiss or in the

Alternative to Transfer Venue, and any opposition and cause shown, it is on this date, the _____

of October, 2006, hereby

ORDERED that Defendant's Motion to Dismiss is DENIED; and it is hereby

ORDERED that Defendant's Motion to Transfer Venue is GRANTED; and it is hereby

ORDERED that Plaintiff's case is transferred to the United States District Court in the

Eastern District of Virginia.


_____
Judge


Copies To:

Leslie Deak                          Alan Burch
Law Offices of Leslie Deak           Assistant United States Attorney
1200 G Street, N.W.                  555 4th Street, N.W.
Suite 800, No. 099                   Washington, D.C.  20530
Washington, D.C.  20005

1