UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PHILLIP L. COCHRAN, | ) <br> ) |
| Plaintiff, | ) ) Civil Action No.: 06-1069-PLF |
| v. | ) ) ) |
| ALBERTO GONZALES, | ) ) |
| Defendant. | ) ) ) |

**REPLY IN SUPPORT OF MOTION TO DISMISS
OR IN THE ALTERNATIVE TO TRANSFER**

Defendant respectfully files this reply memorandum to highlight the factual error in the Plaintiff's opposition to Defendant's motion to dismiss regarding the location of the U.S. Marshals Service's headquarters. In this Title VII case, Defendant moved for dismissal for improper venue and attached an agency declaration explaining that Plaintiff's employment with the Marshals Service took place in Texas, and some of the employment decisions were made at Marshals Service headquarters in Virginia. See Smith Dec.

Plaintiff's opposition provided no evidence to support venue here in D.C., and indeed, conceded that transfer was appropriate. The opposition attempts to explain why Plaintiff originally believed venue to be proper in the District of Columbia: "Specifically, based on information and belief, Plaintiff understood that decisions were made in the United States Marshals Service ("USMS") General Counsel's office which is located in the District of Columbia. See Complaint ¶ 25." Plf. Opp. at 1 (emphasis added).

Although it is clear from the evidence provided by Defendant that some relevant

decisions were made at Marshals Service headquarters, there is *nothing* in the record establishing any basis to believe that the headquarters are now, or were at any relevant time, in the District of Columbia.  See Smith Dec. ¶¶ 2-3; accord Complaint ¶ 25 (referring to "legal department" without mentioning a location).  For this reason, the "interest of justice" in 28 U.S.C. § 1406(a) should not be stretched to the point of countenancing pure gamesmanship with respect to venue, and Defendant respectfully requests dismissal pursuant to Rule 12(b)(3).

October 26, 2006                                    Respectfully submitted,

 

                                                    _____
                                                    JEFFREY A. TAYLOR, D.C. Bar # 498610
                                                    United States Attorney

                                                         /s/
                                                    _____
                                                    RUDOLPH CONTRERAS, D.C. Bar # 434122
                                                    Assistant United States Attorney

                                                         /s/
                                                    _____
                                                    ALAN BURCH, D.C. Bar # 470655
                                                    Assistant United States Attorney
                                                    555 4th St., N.W.
                                                    Washington, D.C. 20530
                                                    (202) 514-7204
                                                    alan.burch@usdoj.gov