UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| PHILLIP L. COCHRAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 06-1069 (PLF) |
| ALBERTO GONZALES, | ) | |
| | ) | |
| Defendant. | ) | |

TRANSFER ORDER

This matter is before the Court on defendant's Motion to Dismiss or, in the alternative, to Transfer, pursuant to Rule 12(b)(3) of the Federal Rules of Civil Procedure. Because venue is improper under 42 U.S.C. § 2000e-5(f)(3), the Court will transfer this case to a proper venue. See Macklin v. Mirant Mid-Atlantic LLC, Docket No. 04-1556, 2005 U.S. Dist. LEXIS 8058 (D.D.C. April 29, 2005); Amirmokri v. Abraham, 217 F. Supp. 2d 88 (D.D.C. 2002). It is hereby

ORDERED that defendant's Motion [3] to Dismiss or, in the alternative, to Transfer Venue is GRANTED in part; it is

FURTHER ORDERED that this case shall be TRANSFERRED to the United States District Court for the Eastern District of Virginia; it is

FURTHER ORDERED that the Clerk of the court shall transfer all papers in this proceeding, together with a certified copy of this Order, to the United States District Court for the Eastern District of Virginia; and it is

FURTHER ORDERED that the Clerk of the Court shall remove this case from the

docket of this Court.

        SO ORDERED.

DATE: November 1, 2006

/s/_____
PAUL L. FRIEDMAN
United States District Judge